148 A.3d 737

MARTIN E. O'BOYLE, PLAINTIFF-PETITIONER, v. BOROUGH OF LONGPORT, AND EMILIA R. STRAWDER IN HER OFFICIAL CAPACITY AS THE MUNICIPAL CLERK AND RECORDS CUSTODIAN OF THE BOROUGH OF LONGPORT, DEFENDANTS-RESPONDENTS.

July 26, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000985-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

148 A.3d 737

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. GEORGE MELENDEZ, DEFENDANT-PETITIONER.

FILED July 26, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003087-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.